DANIEL RODRIGUEZ, ESQ., SBN 096625
BLAINE G. MUSTOE, ESQ., SBN 329565
**RODRIGUEZ & ASSOCIATES**
**A Professional Law Corporation**
1128 Truxtun Avenue
Bakersfield, CA  93301
Phone: (661) 323-1400
Fax: (661) 323-0132

Attorneys for Plaintiff, HERMINIO FLORES, by and through his
Guardian ad Litem, JOSEFA JIMENEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMINIO FLORES, by and through his Guardian ad Litem, JOSEFA JIMENEZ, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; and DOES 1 to 100, Inclusive, <br><br> Defendants. | **CASE NO.: 1:22-CV-00030-JLT-CDB** <br><br> **[~~PROPOSED~~] ORDER REMANDING ACTION TO KERN COUNTY SUPERIOR COURT** <br><br><br> Complaint Filed: 9/9/21 |

Upon consideration of the Parties' Stipulation to Remand Action to Kern County Superior Court, IT IS HEREBY ORDERED THAT this action is hereby REMANDED to the Superior Court of California, County of Kern.  Each party shall bear their own costs and attorneys' fees incurred in connection with the remand of this action and other proceedings in this Court.

IT IS SO ORDERED.

Dated:   **January 17, 2024**

UNITED STATES DISTRICT JUDGE

---

**ORDER REMANDING ACTION TO KERN COUNTY SUPERIOR COURT**
- 1 -